# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-211
Lower Tribunal No. 16-11546CC
_____

**Sabine Dessources,**
Appellant,

vs.

**Progressive American Ins. Co., a/s/o Alicia Barnes,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Catherine A. Riggins, for appellant.

Markcity, Rothman, Cantwell & Breitner, P.A., and Mary M. Cantwell (Plantation), for appellee.

Before FERNANDEZ, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.